Civil Action No.    2:25-cv-02378-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Exxon Mobil Corporation**
was recieved by me on **12/02/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o The Prentice-Hall Corporation System Inc.**, who is designated by law to accept service of process on behalf of **Exxon Mobil Corporation** at **300 Deschutes Way SW Ste 208, Tumwater, WA 98501** on **12/02/2025 at 1:58 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   12/02/2025

*Server's signature*

**Kevin Nakai**
*Printed name and title*

**207 Goldmyer Dr
Chehalis, WA 98532**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET, to c/o The Prentice-Hall Corporation System Inc., Agent with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 80-120 lbs.  Cynthia Jones**




Tracking #: **0197489618**