AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-02378-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **BP America, Inc.**
was recieved by me on **12/02/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **BP America, Inc.** at **711 Capitol Way S Ste 204, Olympia, WA 98501** on **12/02/2025 at 1:28 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature     12/04/2025

**Kevin Nakai**
*Printed name and title*

**207 Goldmyer Dr
Chehalis, WA 98532**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET,  to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with a beard and glasses.  James Roberts**




Tracking #: **0197483220**