AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-02378-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Shell PLC**
was recieved by me on **12/03/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System, Registered Agent**, who is designated by law to accept service of process on behalf of **Shell PLC** at **1999 Bryan St Ste 900, Dallas, TX 75201** on **12/04/2025 at 8:39 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:

Collin

_____
Server's signature

**Babatunde Gbadamosi**
*Printed name and title*

**380 Vista Court Drive
Apt 4223
Plano, TX 75074**

_____
Server's address

12/04/2025

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION, to CT Corporation System, Registered Agent. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: **0197747110**

