AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-02378-JHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **American Petroleum Institute**
was recieved by me on **12/09/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **James Holt, Senior Counsel**, who is designated by law to accept service of process on behalf of **American Petroleum Institute** at **200 Massachusetts Avenue, NW Suite 1100, Washington, DC 20001** on **12/11/2025 at 2:28 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   12/11/2025

*Server's signature*

**Marcus Bazemore**
*Printed name and title*

**1001 Frederick Rd
Unit 21112
Baltimore, MD 21228**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; SUMMONS; CIVIL COVER SHEET, to James Holt, Senior Counsel who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 140-160 lbs.**



Tracking #: **0198768218**

