IN THE KING COUNTY DISTRICT COURT, EAST DIVISION, IN AND FOR THE STATE OF WASHINGTON

| | |
|---|---|
| **Richard Kennedy, Margaret Hazard**<br>Plaintiff/Petitioner | Cause No.:   **2:25-cv-02378-JHC** |
| vs. | |
| **Exxon Mobil Corporation, et al.**<br>Defendant/Respondent | DECLARATION OF SERVICE OF<br>Complaint; Summons |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of Washington over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **15th day of December, 2025** at **1:00 PM** at the address of **300 Deschutes Way SW Ste 208, Tumwater, Thurston County, WA 98501**; this declarant served the above described documents upon **ConocoPhillips** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ConocoPhillips**, **I delivered the documents to ConocoPhillips with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs with glasses.  Ellen Jones authorized to accept for registered agent CSC.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$85.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Signed on **12/15/2025** at **Chehalis, Washington**.

**Kevin Nakai, Reg. # 17-02, Lewis County, WA**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 1

For: **Hagens Berman Sobol Shapiro LLP <carrie@hbsslaw...**
Ref #: **11350.011**

Tracking #: **0199390779**