AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:25-cv-02378

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Chevron Corporation** was recieved by me on **12/16/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Koy Saechao**, who is designated by law to accept service of process on behalf of **Chevron Corporation** at **2710 Gateway Oaks Dr, Sacramento, CA 95833** on **12/16/2025 at 8:17 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  12/16/2025

*Server's signature*

**Ahmed Abdelmoneim Tawfik Ahmed**
*Printed name and title*

**2130 RIGGS AVE
SACRAMENTO, CA 95835**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CLASS ACTION COMPLAINT; CIVIL COVER SHEET,  to Koy Saechao who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'-5'4" tall and weighing 140-160 lbs.**




Tracking #: **0199528912**