1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| RICHARD KENNEDY and MARGARET HAZARD, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC; SHELL USA, INC.; EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US; SHELL TRADING (US) COMPANY; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP PLC; BP AMERICA INC.; BP PRODUCTS OF NORTH AMERICA; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; and AMERICAN PETROLEUM INSTITUTE,<br><br>   Defendants. | Case No. 2:25-cv-02378<br><br>Hon. John H. Chun<br><br>**STIPULATION AND ORDER REGARDING SERVICE AND BRIEFING SCHEDULE** |

**WHEREAS**, on November 25, 2025, Plaintiffs filed a complaint commencing the above-captioned action (the "Action");

**WHEREAS**, Defendants intend to file dispositive motions in lieu of answering the complaint, including, but not necessarily limited to, motions to dismiss for lack of personal jurisdiction ("Personal Jurisdiction Motions to Dismiss"), motions to dismiss for failure to state a claim ("Merits Motions to Dismiss"), and motion(s) to strike and/or motions(s) under "anti-SLAPP" laws ("anti-SLAPP Motions") (collectively, "Motions to Dismiss");

STIPULATION AND ORDER RE SERVICE
AND BRIEFING SCHEDULE
No. 2:25-cv-02378

1    **WHEREAS**, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by setting a briefing schedule for Defendants' forthcoming Motions to Dismiss, Plaintiffs' Oppositions, and Defendants' Replies;

**WHEREAS**, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject-matter jurisdiction, lack of personal jurisdiction, and improper venue;

**WHEREAS,** the Parties through their undersigned counsel have conferred and consented to the entry of this Stipulation; and

**WHEREAS**, the Parties agree to abide by this Stipulation unless and until the Court enters an order contrary to this Stipulation;

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1. The following procedures shall govern the completion of service of process in the Action:

    a. Defendants Shell plc and BP p.l.c. (the "Foreign Defendants") agree to accept service of process by direct mail of a copy of the summons and complaint in the Action to their foreign headquarters at the addresses to be provided to Plaintiffs' counsel.

    b. For all other Defendants listed in the signature blocks below apart from the Foreign Defendants (the "Domestic Defendants"), Plaintiffs' counsel shall transmit a copy of the summons and complaint in this Action via electronic mail to counsel for each Domestic Defendant. To the extent that service of process has not been properly effectuated on any Domestic Defendant, service shall be deemed effective on that Defendant by completion of transmission via electronic mail.

c. If the above procedures for all Foreign and Domestic Defendants are completed by Plaintiffs' counsel on or before January 10, 2026, then service on all Defendants shall be deemed effective as of January 10, 2026.

d. The procedures above and any waivers of the formal requirements of service of process are for this Action only.

2. Defendants' Motions to Dismiss shall be due 60 days after January 10, 2026, or 60 days after the date that service is effectuated on the last-served Defendant, whichever is later; Plaintiffs' Oppositions to the Motions to Dismiss shall be due 60 days after Defendants' Motions to Dismiss are filed; and Defendants' Replies shall be due 45 days after Plaintiffs' Oppositions are filed.

3. The page limits for the briefing on the Motions to Dismiss shall be as follows:

a. <u>Merits Motions to Dismiss (Rule 12(b)(6))</u>: Defendants shall use their best efforts to file a consolidated memorandum of law in support of their joint Merits Motions to Dismiss which shall not exceed 60 pages, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to the consolidated memorandum shall not exceed 60 pages, and Defendants' consolidated Reply shall not exceed 30 pages.

b. <u>Personal Jurisdiction Motions (Rule 12(b)(2))</u>: Defendants that choose to file a Personal Jurisdiction Motion to Dismiss shall use their best efforts to file a consolidated memorandum of law in support of their joint Personal Jurisdiction Motions to Dismiss, which shall not exceed 30 pages, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to the consolidated memorandum shall not exceed 30 pages, and Defendants' consolidated Reply shall not exceed 15 pages.

c. <u>Motions to Strike and/or Anti-SLAPP Motions</u>: Defendants shall use their best efforts to file a consolidated memorandum of law in support of their joint Motion to Strike and/or anti-SLAPP Motion, which shall not exceed 30 pages, exclusive of exhibits and other supporting materials. Plaintiffs' Opposition to the consolidated memorandum shall not exceed 30 pages, and Defendants' consolidated Reply shall not exceed 15 pages.

1        d.    Individual Motions:  If any individual Defendant believes it is necessary to file an individual motion to dismiss on personal jurisdiction and/or merits issues unique to that Defendant, it may do so, and shall file a single memorandum of law, which shall not exceed 20 pages, exclusive of exhibits and other supporting materials.  Plaintiffs' Opposition to each individual memorandum shall not exceed 20 pages, and any individual reply shall not exceed 10 pages.

4.  In the event the Court denies Defendants' Motions to Dismiss, in whole or in part, the remaining Defendants' answers shall be due within 45 days of the Court's ruling on the last of the Motions to Dismiss.

Respectfully submitted this 18th day of December, 2025.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
    Steve W. Berman, WSBA #61063
By: */s/ Sydney K. Thomas*
    Sydney K. Thomas, WSBA #64571
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    steve@hbsslaw.com
    sydney.thomas@hbsslaw.com

Jason Gustafson (*pro hac vice* forthcoming)
Pat Michenfelder (*pro hac vice* forthcoming)
Chad Throndset (*pro hac vice* forthcoming)
**THRONDSET MICHENFELDER, LLC**
80 S. 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: (763) 515-6110
jason@throndsetlaw.com
pat@throndsetlaw.com
chad@throndsetlaw.com

Daniel E. Gustafson (*pro hac vice* forthcoming)
Tony Stauber (*pro hac vice* forthcoming)
Josh Rissman (*pro hac vice* forthcoming)
Michael Warkel (*pro hac vice* forthcoming)

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
    Robert M. McKenna (WSBA No. 18327)
    rmckenna@orrick.com
    *s/Mark S. Parris*
    Mark S. Parris (WSBA No. 13870)
    mparris@orrick.com
    *s/Aaron P. Brecher*
    Aaron P. Brecher (WSBA No. 47212)
    abrecher@orrick.com
    401 Union Street, Suite 3100
    Seattle, WA 98101
    Telephone:  206.839.4300
    Facsimile:  206.839.4301

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous, Jr., *pro hac vice* forthcoming
    tboutrous@gibsondunn.com
    333 South Grand Avenue
    Los Angeles, CA 90071
    Telephone:  213.229.7000
    Facsimile:  213.229.7520

    Joshua D. Dick, *pro hac vice* forthcoming
    jdick@gibsondunn.com
    One Embarcadero Center, Suite 2600

STIPULATION AND ORDER RE SERVICE
AND BRIEFING SCHEDULE     - 4 -
No. 2:25-cv-02378

1 | **GUSTAFSON GLUEK PLLC** | San Francisco, CA 94111
2 | Canadian Pacific Plaza | Telephone: 415.393.8200
  | 120 South Sixth Street, Suite 2600 | Facsimile: 415.374.8451
3 | Minneapolis, MN 55402
  | Telephone: (612) 333-8844 | *Attorneys for Defendants Chevron Corporation*
4 | dgustafson@gustafsongluek.com | *and Chevron U.S.A. Inc.*
  | tstauber@gustafsongluek.com
5 | jrissman@gustafsongluek.com
  | mwarkel@gustafsongluek.com
6
7 | Rebecca A. Peterson (*pro hac vice*
  | forthcoming)
8 | **GEORGE FELDMAN MCDONALD PLLC**
  | 1650 W. 82nd Street, Suite 880
9 | Bloomington, MN 55431
  | Telephone: (612)0778-9595
10 | rpeterson@4-Justice.com
11
  | *Attorneys for Plaintiffs*
12

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | K&L GATES LLP |
| By: *s/Bradley S. Keller*<br>　　Bradley S. Keller (WSBA No. 10665)<br>　　bkeller@byrneskeller.com<br>　　*s/Joshua B. Selig*<br>　　Joshua B. Selig (WSBA No. 39628)<br>　　jselig@byrneskeller.com<br>　　1000 Second Ave., 38th Fl.<br>　　Seattle, WA 98104<br>　　Tel: 206.622.2000 | By: *s/Kari L. Vander Stoep*<br>　　Kari L. Vander Stoep (WSBA No. 35923)<br>　　Kari.vanderstoep@klgages.com<br>　　925 Fourth Avenue, Suite 2900<br>　　Seattle, WA 98104-1158<br>　　Tel: 206.623.7580 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>　　Theodore V. Wells, Jr. (*pro hac vice* forthcoming)<br>　　twells@paulweiss.com<br>　　Daniel J. Toal (*pro hac vice* forthcoming)<br>　　dtoal@paulweiss.com<br>　　Yahonnes Cleary (*pro hac vice* forthcoming)<br>　　ycleary@paulweiss.com<br>　　Caitlin E. Grusauskas (*pro hac vice* forthcoming)<br>　　cgrusauskas@paulweiss.com<br>　　1285 Avenue of the Americas<br>　　New York, NY 10019<br>　　Tel. 212.373.3000<br><br>*Attorneys for Defendants EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION* | Josh A. Cohen (*pro hac vice* forthcoming)<br>David Sarratt (*pro hac vice* forthcoming)<br>Nicholas Folly (*pro hac vice* forthcoming)<br>Elizabeth Costello (*pro hac vice* forthcoming)<br>650 California Street<br>San Francisco, CA 94108<br>Tel.: (415) 738-5700<br>Fax: (415) 644-5628<br>jacohen@debevoise.com<br>dsarratt@debevoise.com<br>nfolly@debevoise.com<br>ecostello@debevoise.com<br><br>Maura K. Monaghan (*pro hac vice* forthcoming)<br>Alexander Costin (*pro hac vice* forthcoming)<br>66 Hudson Boulevard<br>New York, NY 10001<br>Tel.: (212) 909-6000<br>Fax: (212) 909-6836<br>mkmonaghan@debevoise.com<br>ajcostin@debevoise.com<br><br>*Attorneys for Defendants Shell plc, Shell USA, Inc., Equilon Enterprises LLC d/b/a Shell Oil Products US; and Shell Trading (US) Company* |

STIPULATION AND ORDER RE SERVICE
AND BRIEFING SCHEDULE　　　　- 6 -
No. 2:25-cv-02378

| | | |
|---|---|---|
| 1 | STOEL RIVES LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | By: *s/Vanessa Soriano Power* | |
| 3 | Vanessa Soriano Power (WSBA No. 30777) | By: *s/Evelyn E. Winters*<br>Evelyn E. Winters, WSBA #44936 |
| 4 | Vanessa.power@stoel.com | Email:   evelyn.winters@wilsonelser.com |
| 5 | 600 University Street, Suite 3600<br>Seattle, WA 98101 | 520 Pike Street, Suite 2350<br>Seattle, WA 98101 |
| 6 | Tel: 206.624.0900 | Tel:  206.709.5900 |
| 7 | ARNOLD & PORTER KAYE SCHOLER LLP | By: *s/Peder Rigsby*<br>Peder Rigsby, WSBA #43733 |
| 8 | Diana E. Reiter (*pro hac vice* forthcoming) | Email:   peder.rigsby@wilsonelser.com<br>805 SW Broadway, Suite 2460 |
| 9 | diana.reiter@arnoldporter.com | Portland, OR 97205 |
| 10 | 250 West 55th Street<br>New York, NY 10019-9710 | Tel: 971.352.3030 |
| 11 | Tel: 212.836.8383 | MCGUIREWOODS LLP |
| 12 | John D. Lombardo (*pro hac vice* forthcoming) | Jeremiah J. Anderson (*pro hac vice* forthcoming) |
| 13 | john.lombardo@arnoldporter.com | Email:   jjanderson@mcguirewoods.com |
| 14 | Sean O. Morris (*pro hac vice* forthcoming)<br>sean.morris@arnoldporter.com | McGuireWoods LLP<br>Texas Tower, 24th Floor |
| 15 | 777 South Figueroa Street, 44th Fl.<br>Los Angeles, CA 90017-5844 | Houston, TX 77002<br>Tel: 832-255-6339 |
| 16 | Tel: 213.243.4000 | |
| 17 | Jonathan W. Hughes (*pro hac vice* forthcoming) | Brian D. Schmalzbach (*pro hac vice* forthcoming) |
| 18 | jonathan.hughes@arnoldporter.com | Email: bschmalzbach@mcguirewoods.com |
| 19 | Three Embarcadero Center, 10th Fl.<br>San Francisco, WA 94111-4024 | 800 East Canal Street<br>Richmond, VA 23219 |
| 20 | Tel: 415.471.3100 | Tel: 804-775-4746 |
| 21 | *Attorneys for Defendants BP p.l.c., BP America Inc., and BP Products North America Inc.* | *Attorneys for Defendant American Petroleum Institute* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ORDER RE SERVICE AND BRIEFING SCHEDULE         - 7 -
No. 2:25-cv-02378

CORR CRONIN LLP

By: *s/Timothy A. Bradshaw*
　　Timothy A. Bradshaw (WSBA No. 17983)
　　tbradshaw@corrcronin.com
　　1015 Second Ave. Fl. 10
　　Seattle, WA 98104-1001
　　Tel: 206.625.8600

WILMER CUTLER PICKERING HALE
AND DORR LLP
　　Hallie B. Levin (*pro hac vice* forthcoming)
　　hallie.levin@wilmerhale.com
　　7 World Trade Center
　　250 Greenwich Street
　　New York, NY 10007
　　Tel: 212.295.6710

　　Matthew T. Martens (*pro hac vice* forthcoming)
　　matthew.martens@wilmerhale.com
　　2100 Pennsylvania Ave. NW
　　Washington, DC 20037
　　Tel: 202.663.6000

　　Robert Kingsley Smith (*pro hac vice* forthcoming)
　　robert.smith@wilmerhale.com
　　60 State Street
　　Boston, MA 02109
　　Tel: 617.526.6000

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

**ORDER**

Approved and ordered this 18th day of December, 2025.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER RE SERVICE
AND BRIEFING SCHEDULE — - 9 -
No. 2:25-cv-02378