**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

RICHARD KENNEDY and MARGARET HAZARD, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC; SHELL USA, INC.; EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US; SHELL TRADING (US) COMPANY; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP PLC; BP AMERICA INC.; BP PRODUCTS OF NORTH AMERICA; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; and AMERICAN PETROLEUM INSTITUTE,

Defendants.

Case No. 2:25-cv-02378-JHC

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO STAY AND CONTINUANCE OF DEADLINES**

**WHEREAS**, on November 25, 2025, Plaintiffs filed a complaint commencing the above-captioned action (the "Action");

**WHEREAS**, Defendants intend to file dispositive motions in lieu of answering the complaint, including, but not necessarily limited to, motions to dismiss for lack of personal jurisdiction ("Personal Jurisdiction Motions to Dismiss"), motions to dismiss for failure to state a claim ("Merits Motions to Dismiss"), and motion(s) to strike and/or motions(s) under "anti-SLAPP" laws ("anti-SLAPP Motions") (collectively, "Motions to Dismiss");

STIPULATION AND ORDER RE BRIEFING
SCHEDULE
No. 2:25-cv-02378

**WHEREAS**, on December 18, 2025, the Court granted the Parties' Stipulation and Order Regarding Service and Briefing Schedule;

**WHEREAS**, the Stipulation and Order Regarding Service and Briefing Schedule set the schedule for the Motions to Dismiss as "Defendants' Motions to Dismiss shall be due 60 days after January 10, 2026, or 60 days after the date that service is effectuated on the last-served Defendant, whichever is later; Plaintiffs' Oppositions to the Motions to Dismiss shall be due 60 days after Defendants' Motions to Dismiss are filed; and Defendants' Replies shall be due 45 days after Plaintiffs' Oppositions are filed";

**WHEREAS**, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement on February 2, 2026 (Dkt. 65). That order set a deadline of February 17, 2026, for the Parties to complete their FRCP 26(f) conference, March 2, 2026, for the Parties to exchange Initial Disclosures, and March 9, 2026, for the parties to file an FRCP 26(f) Joint Status Report ("Scheduling Deadlines");

**WHEREAS**, Defendants intend to move the Court for a stay of the Scheduling Deadlines until resolution of the Defendants' Motions to Dismiss ("Defendants' Motion to Stay");

**WHERAS**, the Parties agree that the Court's deadlines for the FRCP 26(f) conference, Initial Disclosures, and FRCP 26(f) Joint Status Report should be stayed pending the Court's decision on Defendants' Motion to Stay;

**WHEREAS**, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject-matter jurisdiction, lack of personal jurisdiction, and improper venue;

**WHEREAS,** the Parties through their undersigned counsel have conferred and consented to the entry of this Stipulation; and

**WHEREAS**, the Parties agree to abide by this Stipulation unless and until the Court enters an order contrary to this Stipulation;

STIPULATION AND ORDER RE BRIEFING
SCHEDULE                                    - 2 -
No. 2:25-cv-02378

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1.     Defendants' Motion to Stay shall be due on February 24, 2026; Plaintiffs' Opposition to the Motion to Stay shall be due March 18, 2026; and Defendants' Reply shall be due March 31, 2025.

2.     The Court will re-set deadlines for the FRCP 26(f) conference, Initial Disclosures, and FRCP 26(f) Joint Status Report after ruling on Defendants' Motion to Stay.

Respectfully submitted this 12th day of February, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman, WSBA #61063
By: */s/ Sydney K. Thomas*
    Sydney K. Thomas, WSBA #64571
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    steve@hbsslaw.com
    sydney.thomas@hbsslaw.com

THRONDSET MICHENFELDER, LLC
    Jason Gustafson (*pro hac vice*)
    Pat Michenfelder (*pro hac vice*)
    Chad Throndset (*pro hac vice*)
    80 S. 8th Street, Suite 900
    Minneapolis, MN 55402
    Telephone: (763) 515-6110
    jason@throndsetlaw.com
    pat@throndsetlaw.com
    chad@throndsetlaw.com

GUSTAFSON GLUEK PLLC
    Daniel E. Gustafson (*pro hac vice*)
    Tony Stauber (*pro hac vice* forthcoming)
    Josh Rissman (*pro hac vice* forthcoming)
    Michael Warkel (*pro hac vice* forthcoming)
    Canadian Pacific Plaza
    120 South Sixth Street, Suite 2600
    Minneapolis, MN 55402
    Telephone: (612) 333-8844
    dgustafson@gustafsongluek.com
    tstauber@gustafsongluek.com
    jrissman@gustafsongluek.com
    mwarkel@gustafsongluek.com

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
    Robert M. McKenna (WSBA No. 18327)
    rmckenna@orrick.com
    *s/Mark S. Parris*
    Mark S. Parris (WSBA No. 13870)
    mparris@orrick.com
    *s/Aaron P. Brecher*
    Aaron P. Brecher (WSBA No. 47212)
    abrecher@orrick.com
    401 Union Street, Suite 3100
    Seattle, WA 98101
    Telephone:  206.839.4300

GIBSON, DUNN & CRUTCHER LLP
    Theodore J. Boutrous, Jr., *pro hac vice* forthcoming
    tboutrous@gibsondunn.com
    333 South Grand Avenue
    Los Angeles, CA 90071
    Telephone:  213.229.7000

    Joshua D. Dick, *pro hac vice* forthcoming
    jdick@gibsondunn.com
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
    Telephone:  415.393.8200

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

STIPULATION AND ORDER RE BRIEFING
SCHEDULE             - 3 -
No. 2:25-cv-02378

GEORGE FELDMAN MCDONALD PLLC
    Rebecca A. Peterson (*pro hac vice*)
    1650 W. 82nd Street, Suite 880
    Bloomington, MN 55431
    Telephone: (612)0778-9595
    rpeterson@4-Justice.com

*Attorneys for Plaintiffs*

BYRNES KELLER CROMWELL LLP

By:  *s/Bradley S. Keller*
    Bradley S. Keller (WSBA No. 10665)
    bkeller@byrneskeller.com
    *s/Joshua B. Selig*
    Joshua B. Selig (WSBA No. 39628)
    jselig@byrneskeller.com
    1000 Second Ave., 38th Fl.
    Seattle, WA 98104
    Tel: 206.622.2000

HUESTON HENNIGAN, LLP
    John C. Hueston
    jhueston@hueston.com
    620 Newport Center Drive, Suite 1300
    Newport Beach, CA 92660
    Tel: 949.229.8640

    Moez M. Kaba
    mkaba@hueston.com
    Vicki Chou
    vchou@hueston.com
    523 W. 6th Street, Suite 400
    Los Angeles, CA 90014

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
    Daniel J. Toal (*pro hac vice*)
    dtoal@paulweiss.com
    Yahonnes Cleary (*pro hac vice*)
    ycleary@paulweiss.com
    Caitlin E. Grusauskas (*pro hac vice*)
    cgrusauskas@paulweiss.com
    1285 Avenue of the Americas
    New York, NY 10019
    Tel. 212.373.3000

*Attorneys for Defendants EXXON MOBIL*
*CORPORATION and EXXONMOBIL OIL*
*CORPORATION*

K&L GATES LLP

By:  *s/Kari L. Vander Stoep*
    Kari L. Vander Stoep (WSBA No. 35923)
    Kari.vanderstoep@klgages.com
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104-1158
    Tel: 206.623.7580

    Josh A. Cohen (*pro hac vice*)
    David Sarratt (*pro hac vice*)
    Nicholas Folly (*pro hac vice*)
    Elizabeth Costello (*pro hac vice*)
    650 California Street
    San Francisco, CA 94108
    Tel.: (415) 738-5700
    Fax: (415) 644-5628
    jacohen@debevoise.com
    dsarratt@debevoise.com
    nfolly@debevoise.com
    ecostello@debevoise.com

    Maura K. Monaghan (*pro hac vice*)
    Alexander Costin (*pro hac vice*)
    66 Hudson Boulevard
    New York, NY 10001
    Tel.: (212) 909-6000
    Fax: (212) 909-6836
    mkmonaghan@debevoise.com
    ajcostin@debevoise.com

*Attorneys for Defendants Shell plc, Shell USA,*
*Inc., Equilon Enterprises LLC d/b/a Shell Oil*
*Products US; and Shell Trading (US) Company*

STIPULATION AND ORDER RE BRIEFING
SCHEDULE                    - 4 -
No. 2:25-cv-02378

STOEL RIVES LLP

By: *s/Vanessa Soriano Power*
    Vanessa Soriano Power (WSBA No. 30777)
    Vanessa.power@stoel.com
    600 University Street, Suite 3600
    Seattle, WA 98101
    Tel: 206.624.0900

ARNOLD & PORTER KAYE SCHOLER LLP
    Diana E. Reiter (*pro hac vice*)
    diana.reiter@arnoldporter.com
    250 West 55th Street
    New York, NY 10019-9710
    Tel: 212.836.8383

    John D. Lombardo (*pro hac vice*)
    john.lombardo@arnoldporter.com
    Sean O. Morris (*pro hac vice*)
    sean.morris@arnoldporter.com
    777 South Figueroa Street, 44th Fl.
    Los Angeles, CA 90017-5844
    Tel: 213.243.4000

    Jonathan W. Hughes (*pro hac vice*)
    jonathan.hughes@arnoldporter.com
    Three Embarcadero Center, 10th Fl.
    San Francisco, WA 94111-4024
    Tel: 415.471.3100

*Attorneys for Defendants BP p.l.c., BP America Inc., and BP Products North America Inc.*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *s/Evelyn E. Winters*
    Evelyn E. Winters, WSBA #44936
    Email:    evelyn.winters@wilsonelser.com
    520 Pike Street, Suite 2350
    Seattle, WA 98101
    Tel:  206.709.5900

By: *s/Peder Rigsby*
    Peder Rigsby, WSBA #43733
    Email:    peder.rigsby@wilsonelser.com
    805 SW Broadway, Suite 2460
    Portland, OR 97205
    Tel: 971.352.3030

MCGUIREWOODS LLP

    Jeremiah J. Anderson (*pro hac vice*)
    Email: jjanderson@mcguirewoods.com
    McGuireWoods LLP
    Texas Tower, 24th Floor
    Houston, TX 77002
    Tel: 832-255-6339

    Brian D. Schmalzbach (*pro hac vice*)
    Email: bschmalzbach@mcguirewoods.com
    800 East Canal Street
    Richmond, VA 23219
    Tel: 804-775-4746

*Attorneys for Defendant American Petroleum Institute*

STIPULATION AND ORDER RE BRIEFING SCHEDULE                    - 5 -
No. 2:25-cv-02378

CORR CRONIN LLP

By: *s/Timothy A. Bradshaw*
    Timothy A. Bradshaw (WSBA No. 17983)
    tbradshaw@corrcronin.com
    Jeff Bone (WSBA No. 43965)
    jbone@corrcronin.com
    1015 Second Ave. Fl. 10
    Seattle, WA 98104-1001
    Tel: 206.625.8600

WILMER CUTLER PICKERING HALE
AND DORR LLP
    Hallie B. Levin (*pro hac vice*)
    hallie.levin@wilmerhale.com
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Tel: 212.295.6710

    Matthew T. Martens (*pro hac vice*)
    matthew.martens@wilmerhale.com
    2100 Pennsylvania Ave. NW
    Washington, DC 20037
    Tel: 202.663.6000

    Robert Kingsley Smith (*pro hac vice*)
    robert.smith@wilmerhale.com
    60 State Street
    Boston, MA 02109
    Tel: 617.526.6000

*Attorneys for Defendants ConocoPhillips and
ConocoPhillips Company*

STIPULATION AND ORDER RE BRIEFING
SCHEDULE          - 6 -
No. 2:25-cv-02378

**ORDER**

Approved and ordered this 12th day of February, 2026.

John H. Chun
United States District Judge