UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD KENNEDY et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> Defendants. | Case No. 2:25-cv-02378 JHC <br><br> Hon. John H. Chun <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY SCHEDULING DEADLINES PENDING RESOLUTION OF DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS** <br><br> Noted for March 31, 2026 |

This matter is before the Court on the Motion to Stay Scheduling Deadlines Pending Resolution of Defendants' Forthcoming Motions to Dismiss (the "Motion") filed by Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, Shell plc, Shell USA, Inc., Equilon Enterprises LLC d/b/a Shell Oil Products US, Shell Trading (US) Company, Chevron Corporation, Chevron U.S.A. Inc., BP p.l.c., BP America Inc., BP Products North America Inc., ConocoPhillips, ConocoPhillips Company, and American Petroleum Institute. This Court, having considered the Motion, any response, any reply, and supporting papers, hereby ORDERS as follows:

1. The Motion is GRANTED in its entirety.

2. There is good cause for entering a protective order to stay the Scheduling Deadlines in the Order Regarding Initial Disclosures, Joint Status Reports, and

Early Settlement (Dkt. No. 65). Pursuant to Federal Rule of Civil Procedure 26(c), those Scheduling Deadlines are hereby stayed until thirty days after this Court resolves the issues presented in Defendants' Motions to Dismiss.

3. All discovery is otherwise stayed until thirty days after this Court resolves the issues presented in Defendants' Motions to Dismiss.

IT IS SO ORDERED

Dated: _____    _____
The Honorable John H. Chun
United States District Judge

1  Presented by:

2  ORRICK, HERRINGTON & SUTCLIFFE LLP        K&L GATES LLP

3  By: *s/Robert M. McKenna*                By: *s/Kari L. Vander Stoep*
       Robert M. McKenna (WSBA No. 18327)        Kari L. Vander Stoep (WSBA No. 35923)
4      rmckenna@orrick.com                       Kari.vanderstoep@klgages.com
       Mark S. Parris (WSBA No. 13870)           925 Fourth Avenue, Suite 2900
5      mparris@orrick.com                        Seattle, WA 98104-1158
       Aaron P. Brecher (WSBA No. 47212)         Tel: 206.623.7580
6      abrecher@orrick.com
7      401 Union Street, Suite 3100              Josh A. Cohen (*pro hac vice*)
       Seattle, WA 98101                         David Sarratt (*pro hac vice*)
8      Telephone: 206.839.4300                   Nicholas Folly (*pro hac vice*)
                                                 Elizabeth Costello (*pro hac vice*)
9  GIBSON, DUNN & CRUTCHER LLP                   650 California Street
10     Theodore J. Boutrous, Jr., *pro hac vice* San Francisco, CA 94108
       forthcoming                               Tel.: (415) 738-5700
11     tboutrous@gibsondunn.com                  Fax: (415) 644-5628
       333 South Grand Avenue                    jacohen@debevoise.com
12     Los Angeles, CA 90071                     dsarratt@debevoise.com
13     Telephone: 213.229.7000                   nfolly@debevoise.com
                                                 ecostello@debevoise.com
14     Joshua D. Dick, *pro hac vice* forthcoming
       jdick@gibsondunn.com                      Maura K. Monaghan (*pro hac vice*)
15     One Embarcadero Center, Suite 2600        Alexander Costin (*pro hac vice*)
       San Francisco, CA 94111                   66 Hudson Boulevard
16     Telephone: 415.393.8200                   New York, NY 10001
17                                               Tel.: (212) 909-6000
   *Attorneys for Defendants Chevron*            Fax: (212) 909-6836
18 *Corporation and Chevron U.S.A. Inc*          mkmonaghan@debevoise.com
                                                 ajcostin@debevoise.com
19
20                                               *Attorneys for Defendants Shell plc, Shell USA,*
                                                 *Inc., Equilon Enterprises LLC d/b/a Shell Oil*
21                                               *Products US; and Shell Trading (US) Company*

22

23

24

25

26

27

28

BYRNES KELLER CROMWELL LLP

By: *s/Bradley S. Keller*
　　Bradley S. Keller (WSBA No. 10665)
　　bkeller@byrneskeller.com
　　*s/Joshua B. Selig*
　　Joshua B. Selig (WSBA No. 39628)
　　jselig@byrneskeller.com
　　1000 Second Ave., 38th Fl.
　　Seattle, WA 98104
　　Tel: 206.622.2000

HUESTON HENNIGAN, LLP
　　John C. Hueston (*pro hac vice*)
　　jhueston@hueston.com
　　620 Newport Center Drive, Suite 1300
　　Newport Beach, CA 92660
　　Tel: 949.229.8640

　　Moez M. Kaba (*pro hac vice*)
　　mkaba@hueston.com
　　Vicki Chou (*pro hac vice*)
　　vchou@hueston.com
　　523 W. 6th Street, Suite 400
　　Los Angeles, CA 90014

*Attorneys for Defendants EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *s/Evelyn E. Winters*
　　Evelyn E. Winters (WSBA No. 44936)
　　evelyn.winters@wilsonelser.com
　　520 Pike Street, Suite 2350
　　Seattle, WA 98101
　　Tel: 206.709.5900

By: *s/Peder Rigsby*
　　Peder Rigsby, (WSBA No. 43733)
　　peder.rigsby@wilsonelser.com
　　805 SW Broadway, Suite 2460
　　Portland, OR 97205
　　Tel: 971.352.3030

MCGUIREWOODS LLP

　　Jeremiah J. Anderson (*pro hac vice*)
　　Email: jjanderson@mcguirewoods.com
　　McGuireWoods LLP
　　Texas Tower, 24th Floor
　　Houston, TX 77002
　　Tel: 832-255-6339

　　Brian D. Schmalzbach (*pro hac vice*)
　　Email: bschmalzbach@mcguirewoods.com
　　800 East Canal Street
　　Richmond, VA 23219
　　Tel: 804-775-4746

*Attorneys for Defendant American Petroleum Institute*

| | |
|---|---|
| STOEL RIVES LLP | CORR CRONIN LLP |
| By: *s/Vanessa Soriano Power*<br>    Vanessa Soriano Power (WSBA No. 30777)<br>    Vanessa.power@stoel.com<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Tel: 206.624.0900 | By: *s/Timothy A. Bradshaw*<br>    Timothy A. Bradshaw (WSBA No. 17983)<br>    tbradshaw@corrcronin.com<br>    *s/Jeff Bone*<br>    Jeff Bone (WSBA No. 43965)<br>    jbone@corrcronin.com<br>    1015 Second Ave. Fl. 10<br>    Seattle, WA 98104-1001<br>    Tel: 206.625.8600 |

ARNOLD & PORTER KAYE SCHOLER LLP

   Diana E. Reiter (*pro hac vice*)
   diana.reiter@arnoldporter.com
   250 West 55th Street
   New York, NY 10019-9710
   Tel: 212.836.8383

   John D. Lombardo (*pro hac vice*)
   john.lombardo@arnoldporter.com
   Sean O. Morris (*pro hac vice*)
   sean.morris@arnoldporter.com
   777 South Figueroa Street, 44th Fl.
   Los Angeles, CA 90017-5844
   Tel: 213.243.4000

   Jonathan W. Hughes (*pro hac vice*)
   jonathan.hughes@arnoldporter.com
   Three Embarcadero Center, 10th Fl.
   San Francisco, WA 94111-4024
   Tel: 415.471.3100

*Attorneys for Defendants BP p.l.c., BP America Inc., and BP Products North America Inc.*

WILMER CUTLER PICKERING HALE AND DORR LLP

   Hallie B. Levin (*pro hac vice*)
   hallie.levin@wilmerhale.com
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Tel: 212.295.6710

   Matthew T. Martens (*pro hac vice*)
   matthew.martens@wilmerhale.com
   2100 Pennsylvania Ave. NW
   Washington, DC 20037
   Tel: 202.663.6000

   Robert Kingsley Smith (*pro hac vice*)
   robert.smith@wilmerhale.com
   60 State Street
   Boston, MA 02109
   Tel: 617.526.6000

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

---

[PROPOSED] ORDER GRANTING MOTION TO STAY - 2:25-cv-02378 JHC        - 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300