**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

RICHARD KENNEDY and MARGARET HAZARD, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC; SHELL USA, INC.; EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US; SHELL TRADING (US) COMPANY; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; BP PLC; BP AMERICA INC.; BP PRODUCTS OF NORTH AMERICA; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; and AMERICAN PETROLEUM INSTITUTE,

        Defendants.

Case No. 2:25-cv-02378

Hon. John H. Chun

**STIPULATION AND ORDER REGARDING STAY OF PROCEEDINGS**

**WHEREAS**, on November 25, 2025, Plaintiffs filed a complaint commencing the above-captioned action (the "Action");

**WHEREAS**, on December 18, 2025, the Court approved and ordered the parties' stipulated briefing schedule for Defendants' motions to dismiss for lack of personal jurisdiction, motions to dismiss for failure to state a claim, and motion(s) to strike and/or motions(s) under "anti-SLAPP" laws (collectively, "Motions to Dismiss"), Dkt. 24;

STIPULATION AND ORDER RE STAY OF PROCEEDINGS
No. 2:25-cv-02378

**WHEREAS**, pursuant to the Court's briefing schedule, Defendants' Motions to Dismiss are currently due by March 11, 2026, *see* Dkt. 24, at 3;

**WHEREAS**, on February 23, 2026, the U.S. Supreme Court granted a petition for certiorari in a similar, climate-related case, *Suncor Energy (U.S.A.) Inc. v. County Commissioners of Boulder County*, No. 25-170 (U.S.), to consider the question "[w]hether federal law precludes state-law claims seeking relief for injuries allegedly caused by the effects of interstate and international greenhouse-gas emissions on the global climate." Petition for a Writ of Certiorari, *Suncor Energy (U.S.A.) Inc. v. Cnty. Comm'rs of Boulder Cnty.*, 2025 WL 2367748, at *I (U.S. Aug. 8, 2025);

**WHEREAS**, Plaintiffs' Complaint alleges, *inter alia*, state-law claims that the Supreme Court's decision in *Boulder* could resolve or provide guidance on many of the issues that would be the subject of briefing on Defendants' Motions to Dismiss;

**WHEREAS**, the Parties respectfully submit that the interests of justice and judicial economy can best be achieved by staying this Action pending the issuance of the Supreme Court's decision in *Boulder*;

**WHEREAS**, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject-matter jurisdiction, lack of personal jurisdiction, and improper venue;

**WHEREAS**, the Parties through their undersigned counsel have conferred and consented to the entry of this Stipulation; and

**WHEREAS**, the Parties agree to abide by this Stipulation unless and until the Court enters an order contrary to this Stipulation;

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS                              - 2 -
No. 2:25-cv-02378

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, THAT:**

1.      The stipulated briefing schedule for Defendants' Motions to Dismiss previously approved and ordered by the Court, Dkt. 24, is **VACATED**.

2.      This Action and all associated deadlines are **STAYED** pending the issuance of the U.S. Supreme Court's decision in *Suncor Energy (U.S.A.) Inc. v. County Commissioners of Boulder County*, No. 25-170 (U.S.).

Respectfully submitted this 3rd day of March, 2026.

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| By: */s/ Steve W. Berman* | By:  *s/Robert M. McKenna* |
| Steve W. Berman, WSBA #61063 | Robert M. McKenna (WSBA No. 18327) |
| By: */s/ Sydney K. Thomas* | rmckenna@orrick.com |
| Sydney K. Thomas, WSBA #64571 | Mark S. Parris (WSBA No. 13870) |
| 1301 Second Avenue, Suite 2000 | mparris@orrick.com |
| Seattle, WA 98101 | Andrew Cook (WSBA No. 34004) |
| Telephone: (206) 623-7292 | andrew.cook@orrick.com |
| steve@hbsslaw.com | 401 Union Street, Suite 3100 |
| sydney.thomas@hbsslaw.com | Seattle, WA 98101 |
| | Telephone:  206.839.4300 |
| Jason Gustafson (*pro hac vice*) | Facsimile:  206.839.4301 |
| Pat Michenfelder (*pro hac vice*) | |
| Chad Throndset (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| **THRONDSET MICHENFELDER, LLC** | Theodore J. Boutrous, Jr., *pro hac vice* |
| 80 S. 8th Street, Suite 900 | *forthcoming* |
| Minneapolis, MN 55402 | tboutrous@gibsondunn.com |
| Telephone: (763) 515-6110 | 333 South Grand Avenue |
| jason@throndsetlaw.com | Los Angeles, CA 90071 |
| pat@throndsetlaw.com | Telephone:  213.229.7000 |
| chad@throndsetlaw.com | Facsimile:  213.229.7520 |
| | |
| Daniel E. Gustafson (*pro hac vice*) | Joshua D. Dick, *pro hac vice forthcoming* |
| Tony Stauber (*pro hac vice* forthcoming) | jdick@gibsondunn.com |
| Josh Rissman (*pro hac vice* forthcoming) | One Embarcadero Center, Suite 2600 |
| Michael Warkel (*pro hac vice* forthcoming) | San Francisco, CA 94111 |
| **GUSTAFSON GLUEK PLLC** | Telephone:  415.393.8200 |
| Canadian Pacific Plaza | Facsimile:  415.374.8451 |
| 120 South Sixth Street, Suite 2600 | |
| Minneapolis, MN 55402 | *Attorneys for Defendants Chevron Corporation* |
| Telephone: (612) 333-8844 | *and Chevron U.S.A. Inc.* |
| dgustafson@gustafsongluek.com | |

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS                                        - 3 -
No. 2:25-cv-02378

tstauber@gustafsongluek.com
jrissman@gustafsongluek.com
mwarkel@gustafsongluek.com

Rebecca A. Peterson (*pro hac vice*)
**GEORGE FELDMAN MCDONALD PLLC**
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612)0778-9595
rpeterson@4-Justice.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS                                    - 4 -
No. 2:25-cv-02378

BYRNES KELLER CROMWELL LLP

By:  *s/Bradley S. Keller*
Bradley S. Keller (WSBA No. 10665)
bkeller@byrneskeller.com
Joshua B. Selig (WSBA No. 39628)
jselig@byrneskeller.com
1000 Second Ave., 38th Fl.
Seattle, WA 98104
Tel: 206.622.2000

HUESTON HENNIGAN LLP
John C. Hueston (*Pro Hac Vice forthcoming*)
Moez M. Kaba (*Pro Hac Vice forthcoming*)
Vicki Chou (*Pro Hac Vice forthcoming*)
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:     949 229 8640
Facsimile:        888 866 4825
jhueston@hueston.com
mkaba@hueston.com
vchou@hueston.com

*Attorneys for Defendants EXXON MOBIL
CORPORATION and EXXONMOBIL OIL
CORPORATION*

K&L GATES LLP

By:  *s/Kari L. Vander Stoep*
Kari L. Vander Stoep (WSBA No. 35923)
Kari.vanderstoep@klgages.com
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: 206.623.7580

Josh A. Cohen (*pro hac vice*)
David Sarratt (*pro hac vice*)
Nicholas Folly (*pro hac vice*)
Elizabeth Costello (*pro hac vice*)
650 California Street
San Francisco, CA 94108
Tel.: (415) 738-5700
Fax: (415) 644-5628
jacohen@debevoise.com
dsarratt@debevoise.com
nfolly@debevoise.com
ecostello@debevoise.com

Maura K. Monaghan (*pro hac vice*)
Alexander Costin (*pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Tel.: (212) 909-6000
Fax: (212) 909-6836
mkmonaghan@debevoise.com
ajcostin@debevoise.com

*Attorneys for Defendants Shell plc, Shell USA,
Inc., Equilon Enterprises LLC d/b/a Shell Oil
Products US; and Shell Trading (US) Company*

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS                                          - 5 -
No. 2:25-cv-02378

STOEL RIVES LLP

By: *s/Vanessa Soriano Power*
     Vanessa Soriano Power (WSBA No. 30777)
     Vanessa.power@stoel.com
     600 University Street, Suite 3600
     Seattle, WA 98101
     Tel: 206.624.0900

ARNOLD & PORTER KAYE SCHOLER LLP
     Diana E. Reiter (*Pro Hac Vice*)
     diana.reiter@arnoldporter.com
     250 West 55th Street
     New York, NY 10019-9710
     Tel: 212.836.8383

     John D. Lombardo (*Pro Hac Vice*)
     john.lombardo@arnoldporter.com
     Sean O. Morris (*Pro Hac Vice*)
     sean.morris@arnoldporter.com
     777 South Figueroa Street, 44th Fl.
     Los Angeles, CA 90017-5844
     Tel: 213.243.4000

     Jonathan W. Hughes (*Pro Hac Vice*)
     jonathan.hughes@arnoldporter.com
     Three Embarcadero Center, 10th Fl.
     San Francisco, CA 94111-4024
     Tel: 415.471.3100

*Attorneys for Defendants BP p.l.c., BP America Inc., and BP Products North America Inc.*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *s/Evelyn E. Winters*
     Evelyn E. Winters, WSBA #44936
     Email:    evelyn.winters@wilsonelser.com
     520 Pike Street, Suite 2350
     Seattle, WA 98101
     Tel:  206.709.5900

By: *s/Peder Rigsby*
     Peder Rigsby, WSBA #43733
     Email:    peder.rigsby@wilsonelser.com
     805 SW Broadway, Suite 2460
     Portland, OR 97205
     Tel: 971.352.3030

MCGUIREWOODS LLP

     Jeremiah J. Anderson (*pro hac vice*)
     Email:    jjanderson@mcguirewoods.com
     McGuireWoods LLP
     Texas Tower, 24th Floor
     Houston, TX 77002
     Tel: 832-255-6339

     Brian D. Schmalzbach (*pro hac vice*)
     Email:
     bschmalzbach@mcguirewoods.com
     800 East Canal Street
     Richmond, VA 23219
     Tel: 804-775-4746

*Attorneys for Defendant American Petroleum Institute*

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS                    - 6 -
No. 2:25-cv-02378

CORR CRONIN LLP

By:  *s/Timothy A. Bradshaw*
     Timothy A. Bradshaw (WSBA No. 17983)
     tbradshaw@corrcronin.com
     1015 Second Ave. Fl. 10
     Seattle, WA 98104-1001
     Tel: 206.625.8600

WILMER CUTLER PICKERING HALE
AND DORR LLP
     Hallie B. Levin (*pro hac vice*)
     hallie.levin@wilmerhale.com
     7 World Trade Center
     250 Greenwich Street
     New York, NY 10007
     Tel: 212.295.6710

     Matthew T. Martens (*pro hac vice*)
     matthew.martens@wilmerhale.com
     2100 Pennsylvania Ave. NW
     Washington, DC 20037
     Tel: 202.663.6000

     Robert Kingsley Smith (*pro hac vice*)
     robert.smith@wilmerhale.com
     60 State Street
     Boston, MA 02109
     Tel: 617.526.6000

*Attorneys for Defendants ConocoPhillips and
ConocoPhillips Company*

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS                              - 7 -
No. 2:25-cv-02378

**ORDER**

It is so APPROVED and ORDERED.

Also, the Court DIRECTS the Clerk to terminate Defendants' Motion to Stay Scheduling Deadlines Pending Resolution of Defendants' Forthcoming Motions to Dismiss at Dkt. # 74. After the stay is lifted, Defendants may ask the Court to re-note that motion.

DATED this 3rd day of March, 2026.

_John H. Chun_____
John H. Chun
United States District Judge